IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR GAMALY, individually and on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BARCELINO CONTINENTAL CORP.;<br>Does 1 through 10,<br><br>　　　　　Defendants. | Case No. C 07-04757-PVT<br><br>ADR CERTIFICATION BY PLAINTIFF AND COUNSEL |

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

　　**(1)**　　Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

　　**(2)**　　Discussed the available dispute resolution options provided by the Court and private entities; and

　　**(3)**　　Considered whether this case might benefit from any of the available dispute resolution options.

Dated:　December 18, 2007　　　　　　　　　　/s/ Victor Gamaly

Dated:　December 18, 2007　　　　　　　　　　/s/ Pierce Gore


　　　　I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:　December 18, 2007　　　　　　　　　　/s/ Pierce Gore