IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR GAMALY, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCELINO CONTINENTAL CORP.; Does 1 through 10,<br><br>Defendants. | Case No. C07 04757<br><br>ADR CERTIFICATION BY DEFENDANT BARCELINO CONTINENTAL CORP |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated December 20, 2007     /s/ Sharam Sharei

President of Defendant
BARCELINO CONTINENTAL CORP.

Dated December 20, 2007     /s/ Houman Chitsaz

Attorney for Defendant

-1-