UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GAMALY,<br><br>   Plaintiff,<br><br>v.<br><br>BARCELINO CONTINENTAL CORP. et al,<br><br>   Defendant. | Case Number: CV07-04757 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Justin S. Gilbert
Gilbert and Russell, PLC
2021 Greystone Drive
Jackson, TN 38305

Dated: January 8, 2008

                Richard W. Wieking, Clerk
                By: Tiffany Salinas-Harwell, Deputy Clerk