1  Leonard A. Rifkind, SBN 133971
   Houman Chitsaz, SBN 219469
2  RIFKIND CHITSAZ, LLP
3  790 Mission Avenue
   San Rafael, CA 94901
4
   Attorneys for Defendant
5  BARCELINO CONTINENTAL CORP.
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                           SAN JOSE DIVISION
11
12  VICTOR GAMALY, individually and on          )  Case No. C07 04757
    behalf of himself and all others similarly  )
13  situated,                                    )  **STIPULATION AND [PROPOSED]**
14                                               )  **ORDER CONTINUING CASE**
             Plaintiff,                          )  **MANAGEMENT CONFERENCE**
15                                               )
16       v.                                      )  **Date:**    January 25, 2008
                                                 )  **Time:**    10:30 a.m.
17  BARCELINO CONTINENTAL CORP.;                 )
    Does 1 through 10,                           )
18                                               )  **Judge:**   **Honorable Jeremy Fogel**
             Defendants.                         )
19                                               )
20
21       The parties in the above-entitled matter hereby stipulate, through their respected counsel,
22  to continue the Case Management Conference currently on calendar for January 25, 2008 at
23  10:30 a.m. to February 8, 2008 at 10:30 a.m.
24  APPROVED AS TO FORM:
25  GORE LAW FIRM                                    RIFKIND CHITSAZ, LLP
26
27  Pierce Gore
    _____                             _____
28  Pierce Gore, Esq.                                Houman Chitsaz, Esq.
    Attorney for Plaintiffs                          Attorney for Defendant

                                          -1-

   STIPULATION AND ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE

1   IT IS SO ORDERED.

2   Dated: _____         _____

3                                      HONORABLE JEREMY FOGEL
                                       Judge of the United States District Court
4                                      for the Northern District of California

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE