**E-filed 1/25/08**

Leonard A. Rifkind, SBN 133971
Houman Chitsaz, SBN 219469
RIFKIND CHITSAZ, LLP
790 Mission Avenue
San Rafael, CA 94901

Attorneys for Defendant
BARCELINO CONTINENTAL CORP.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR GAMALY, individually and on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BARCELINO CONTINENTAL CORP.; Does 1 through 10, <br><br> Defendants. | Case No. C07 04757 <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Date: January 25, 2008 <br> Time: 10:30 a.m. <br><br> Judge: Honorable Jeremy Fogel |

The parties in the above-entitled matter hereby stipulate, through their respected counsel, to continue the Case Management Conference currently on calendar for January 25, 2008 at 10:30 a.m. to February 8, 2008 at 10:30 a.m.

APPROVED AS TO FORM:

GORE LAW FIRM                                RIFKIND CHITSAZ, LLP

*Pierce Gore*                                *[signature]*

Pierce Gore, Esq.                            Houman Chitsaz, Esq.
Attorney for Plaintiffs                      Attorney for Defendant

-1-

-2-

1  IT IS SO ORDERED.

2  Dated:   1/25/08

HONORABLE JEREMY FOGEL
Judge of the United States District Court
for the Northern District of California