UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 8, 2008
**Case Number:** CV-07-4757-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:         VICTOR GAMALY  V.  BARCELINO CONTINENTAL CORP.

              PLAINTIFF                          DEFENDANT

   Attorneys Present:  Pierce Gore         Attorneys Present: Houman Chizsaz

PROCEEDINGS:
   Case management conference held.  Parties are present. Case is set for motion hearing and further case management conference on 8/15/08 at 9:00 a.m.
   Court sets cut-off date for initial disclosures on 2/15/08.