1  Pierce Gore (State Bar No. 128515)
   GORE LAW FIRM
2  900 East Hamilton Avenue
   Suite 100
3  Campbell, CA 95008
   Telephone: (408) 879-7444
4  Facsimile: (408) 376-0757
   Email: *piercegore@gorelawfirm.com*
5
   Attorneys for Plaintiff
6  VICTOR GAMALY

7

   Houman Chitsaz (State Bar No. 219469)
8  NARDELL CHITSAZ & ALDEN LLP
   790 Mission Avenue
9  San Rafael, CA 94901
   Telephone:  (415) 485-2200 ext. 567
10 Facsimile:  (415) 457-1420
   Email:  *houman@ncalegal.com*
11
   Attorneys for Defendant
12 BARCELINO CONTINENTAL CORP.

13

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN JOSE DIVISION

17

| | |
|---|---|
| 18  VICTOR GAMALY, individually and on behalf of himself and all others similarly situated, | CASE NO. C 07-04757 JF |
| 19  Plaintiff, | **STIPULATION RE DISMISSAL; PROPOSED ORDER THEREON** |
| 20  v. | |
| 21 | |
| 22  BARCELINO CONTINENTAL CORP., DOES 1 THOUGH 10, | |
| 23  Defendants. | |

24    On June 24, 2008 the parties entered into a confidential Settlement Agreement and Release

25 ("Settlement Agreement").  Pursuant to the Settlement Agreement, IT IS STIPULATED by and

26 between the parties through their attorneys of record that this entire action is dismissed with

27 prejudice, each party to bear its own attorneys' fees and costs.

28

DATED: June 24, 2008                    GORE LAW FIRM

                                        By: /s/ *Pierce Gore*
                                            PIERCE GORE
                                            Attorneys for Plaintiff
                                            VICTOR GAMALY


DATED:  June 24, 2008

                                        By: /s/ *Houman Chitsaz*
                                            HOUMAN CHITSAZ
                                            Attorneys for Defendant
                                            BARCELINO CONTINENTAL CORP.


### [PROPOSED] ORDER

**The Court hereby adopts the Stipulation re Dismissal and Proposed Order.  The parties are ordered to comply with the terms of the Settlement Agreement, and this entire action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.**

_____

Dated: _____
_____        Hon. Jeremy Fogel
                                     UNITED STATES DISTRICT JUDGE