\*\*E-filed 6/27/08\*\*

1  Pierce Gore (State Bar No. 128515)
   GORE LAW FIRM
2  900 East Hamilton Avenue
   Suite 100
3  Campbell, CA 95008
   Telephone: (408) 879-7444
4  Facsimile: (408) 376-0757
   Email: *piercegore@gorelawfirm.com*
5
   Attorneys for Plaintiff
6  VICTOR GAMALY

7

   Houman Chitsaz (State Bar No. 219469)
8  NARDELL CHITSAZ & ALDEN LLP
   790 Mission Avenue
9  San Rafael, CA 94901
   Telephone:  (415) 485-2200 ext. 567
10 Facsimile:  (415) 457-1420
   Email:  *houman@ncalegal.com*
11
   Attorneys for Defendant
12 BARCELINO CONTINENTAL CORP.

13

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN JOSE DIVISION
17

| | |
|---|---|
| VICTOR GAMALY, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCELINO CONTINENTAL CORP., DOES 1 THOUGH 10,<br><br>Defendants. | CASE NO. C 07-04757 JF<br><br>**STIPULATION RE DISMISSAL; PROPOSED ORDER THEREON** |

On June 24, 2008 the parties entered into a confidential Settlement Agreement and Release ("Settlement Agreement").  Pursuant to the Settlement Agreement, IT IS STIPULATED by and between the parties through their attorneys of record that this entire action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED: June 24, 2008    GORE LAW FIRM

By: /s/ *Pierce Gore*
    PIERCE GORE
    Attorneys for Plaintiff
    VICTOR GAMALY

DATED:  June 24, 2008

By: /s/ *Houman Chitsaz*
    HOUMAN CHITSAZ
    Attorneys for Defendant
    BARCELINO CONTINENTAL CORP.

### [PROPOSED] ORDER

**The Court hereby adopts the Stipulation re Dismissal and Proposed Order.  The parties are ordered to comply with the terms of the Settlement Agreement, and this entire action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.**

Dated: __6/27/08____

Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE